**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THE GREEN ROOM SOUL FOOD STEAKHOUSE, LLC, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Case No. CIV-20-1130-J<br>) |
| BRIAN MAUGHAN, et al., | )<br>) |
| Defendants. | ) |

## ORDER

Defendants Maughan, Calvey, and the Board of County Commissioners for the County of Oklahoma filed a motion to dismiss on November 12, 2020. [Doc. No. 14]. Plaintiffs' response is due on or before November 27, 2020 and Defendants' reply, if they chose to file one, is due three days from the date the response is filed.

IT IS SO ORDERED this 13th day of November, 2020.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE