IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE GREEN ROOM SOUL FOOD STEAKHOUSE, LLC; *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN MAUGHAN, *et al.* <br><br> Defendants. | Case No. CV-20-1130-J |

PLAINTIFFS' RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL AGAINST DEFENDANTS BRIAN MAUGHAN, THE OKLAHOMA CRIMINAL JUSTICE AUTHORITY, TRICIA EVEREST, and GREG WILLIAMS

COMES NOW, the Plaintiffs THE GREEN ROOM SOUL FOOD STEAKHOUSE, LLC; *et al.*, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, do hereby submit this "Notice of Dismissal," dismissing all claims against only the Defendants BRIAN MAUGHAN, THE OKLAHOMA CRIMINAL JUSTICE AUTHORITY (aka "THE JAIL TRUST"), TRICIA EVEREST, and GREG WILLIAMS, in the above-captioned matter without prejudice. *See Van Leeuwen v. Bank of Am., N.A.,* 304 F.R.D. 691 (D. Utah 2015), 2015 U.S. Dist. LEXIS 23784; *City of Scranton v. Streetscapes*, 2018 U.S. Dist. LEXIS 117574 (D. Kansas 2018).

1

Defendants **KEVIN CALVEY** and **BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF OKLAHOMA** are to remain as Defendants.

Dated:      November 18, 2020       Respectfully submitted,

*/S/ Robert D. Gifford*
ROBERT D. GIFFORD, OBA #17034
**Gifford Law, P.L.L.C.**
P.O. Box 2682
Oklahoma City, OK  73101-2682
T:  405.778.4647 | 405.810.5406
F:  877.295.0287
E:  Robert.Gifford@GiffordLawyer.com

**Pro Bono Counsel for the Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a notice of electronic filing to counsel of record.

*/s/ Robert "Bobby Don" Gifford*
ROBERT D. GIFFORD
ATTORNEY FOR THE PLAINTIFFS