## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THE GREEN ROOM SOUL FOOD STEAKHOUSE, LLC, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Case No. CIV-20-1130-J |
| BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF OKLAHOMA, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Plaintiffs have filed a "Notice of Possible Conflict of Interest by the Oklahoma County District Attorney's Office in Its Representation of Commissioner Kevin Calvey, Chair of the Board of County Commissioners." [Doc. No. 23]. Defendant shall respond on or before December 10, 2020.

The parties are reminded that Kevin Calvey is not a defendant in this action and that the only defendant is the Board of County Commissioners for the County of Oklahoma. [Doc. No. 21]. Thus, the response should be limited to addressing the possible conflict of interest in the Oklahoma County District Attorney's Office representing the Board of County Commissioners for the County of Oklahoma in this matter.

IT IS SO ORDERED this 30th day of November, 2020.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE