UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE GREEN ROOM SOUL FOOD STEAKHOUSE, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF OKLAHOMA, <br><br> Defendant. | Case No. CIV-20-1130-J |

## JUDGMENT

Pursuant to the Order filed separately this same date, Defendant's motion to dismiss [Doc. No. 14] is GRANTED. Plaintiffs' federal claims are DISMISSED without prejudice and the Court declines supplemental jurisdiction over the state-law claims and those are also DISMISSED without prejudice. Judgment is entered in Defendant's favor.

ENTERED this 10th day of December, 2020.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE